IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA. et al.** | : | No. 02-4066 |

## DEMAND FOR JURY TRIAL

TO THE CLERK OF THE COURT:

**Defendant, City of Philadelphia, above named defendant, hereby demands an 8 person jury trial in the above captioned matter.**

                                      NELSON A. DIAZ
                                      CITY SOLICITOR

                                      CARLTON L. JOHNSON
                                      CHIEF DEPUTY CITY SOLICITOR

BY: _____
                                      **ROBIN B. ARNOLD**
                                      **DEPUTY CITY SOLICITOR**
                                      **City of Philadelphia Law Dept.**
                                      **1515 Arch St., 14th Floor**
                                      **Philadelphia, PA 19102**