IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY O. WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et la. | : | NO.  02-4066 |

## ORDER

AND NOW, this          day of September, 2002, it appearing that:

a.  Plaintiff's complaint was filed on July 19, 2002.

b.  Plaintiff filed a motion for appointment of counsel (Paper No. 7) and a motion to amend his complaint  (Paper No. 8) on August 15, 2002.

c.  Defendants filed a motion to dismiss plaintiff's complaint on August 15, 2002 (Paper No. 9).

It is therefore **ORDERED** that:

1.  Plaintiff's motion to amend his complaint (Paper No. 8) is **GRANTED** since a complaint may be amended as of right before a responsive pleading is filed.  Plaintiff shall file and serve his amended complaint on or before **OCTOBER 25, 2002**.  Defendant shall answer, move or otherwise plead in response to plaintiff's amended complaint within twenty (20) days of service thereof.

2.  Defendants' motion to dismiss (Paper No. 9) is **DENIED AS MOOT**.

3.  Plaintiff's motion for appointment of counsel (Paper No. 7) is **TAKEN UNDER ADVISEMENT** pending consideration of the pleadings.

_____
                                                                                      J.