IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY WHITE** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, Et al.** | : | NO. 02-CV-4066 |
| | : | |

### ORDER

AND NOW, this 21st day of November, 2002, it appearing that plaintiff, pro se, misunderstands the need to respond to defendant's affirmative defenses, plaintiff's Motion in Opposition to Defendant's Proposed Defenses (no. 16) is **STRICKEN** as unnecessary.

_____ S.J.