IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADLEPHIA, et al. | : | NO. 02-4066 |

## ORDER

AND NOW, this 21st day of May, 2003, it appearing that plaintiff is incarcerated at SCI Retreat, rather than SCI Grateford, it is **ORDERED** that the Fed.R.Civ.P. 16 conference/oral argument previously scheduled to be held by video on June 2, 2003, will be held on **JUNE 16, 2003** at **11:00 A.M.** in Courtroom 10-A. The Warden of SCI Retreat is directed to make plaintiff, Corey O. White, Inmate No. EB-0632, available for this conference **via video**.

ATTEST:                                    or                    BY THE COURT:


_____                                   /s/ Norma L. Shapiro, J.
Madeline F. Ward, Deputy Clerk                            Norma L. Shapiro, J.


copy mailed 5/21/03 to:   Corey O. White
                          Robin B. Arnold, Esq.