IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY O. WHITE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, | : NO. 02-4066 |

### **ORDER**

AND NOW, this _____ day of July, 2003, following a Fed.R.Civ.P. 16 conference held June 16, 2003, it is **ORDERED** that Plaintiff's motion for appointment of counsel (Paper No. 7) is **GRANTED**. Counsel shall be appointed to represent plaintiff **FORTHWITH**, in accordance with the Revised Prisoner Civil Rights Panel Program Description, effective December 30, 1993. This matter is placed in **ADMINISTRATIVE SUSPENSE** pending appointment of counsel.

_____
J.