IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY O. WHITE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, | : NO. 02-4066 |

## **ORDER**

      AND NOW, this _____ day of July, 2003, upon consideration of plaintiff's request for a transcript of the Fed.R.Civ.P. 16 conference held June 16, 2003, it is **ORDERED** that said request is **GRANTED**. The Clerk is directed to have a transcript of said proceedings prepared promptly and mailed to plaintiff at the address which appears on the docket.

                                                                                                                                                                                                                 J.