IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | CIVIL ACTION |
| vs. | : | NO. 02-4066 |
| **CITY OF PHILADELPHIA** | : | |
| | : | |

### ORDER

AND NOW, this        day of          2003, <u>TERI B. HIMEBAUGH</u>, Esquire is hereby appointed for the purpose of representing the plaintiff in the above captioned case.

This appointment is to remain in effect until the final determination of this case unless, prior thereto, it is amended or revoked by Order of Court.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.