IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY O. WHITE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, | : NO. 02-4066 |

### ORDER

AND NOW, this _____ day of October, 2003, it appearing that counsel has been appointed to represent plaintiff, it is **ORDERED** that:

1. This case is **REMOVED** from administrative suspense.

2. A status conference will be held on **NOVEMBER 19, 2003** at **10:00 A.M.** in Chambers.

_____
J.