### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA. et al.** | : | No. 02-4066 |

### O R D E R

    AND NOW, this _____ day of _____, 2003, it is hereby ORDERED and DECREED that Counsel for defendants shall be permitted to depose Plaintiff Corey White, an incarcerated person, at a time, date and manner convenient to the parties and the administration at SCI Graterford, Graterford, PA.

 

By the Court:

_____
**NORMA SHAPIRO,      J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA. et al.** | : | No. 02-4066 |

**DEFENDANTS' MOTION TO DEPOSE AN INCARCERATED INDIVIDUAL**

TO THE CLERK OF THE COURT:

    Defendants hereby file the enclosed Motion to Compel the Deposition of an Incarcerated Individual, pursuant to Fed.R.Civ.P. 30(a)(2).

                                                 Robin B. Arnold
Deputy City Solicitor
Attorney I.D. #59477
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5447
(215) 683-5397 (Fax)

Dated: 11/20/03

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | CIVIL ACTION |
| | : | |
| **vs.** | : | |
| | : | |
| **CITY OF PHILADELPHIA. et al.** | : | No. 02-4066 |

### DEFENDANTS' MOTION TO DEPOSE AN INCARCERATED INDIVIDUAL

1. Plaintiff has filed a civil action under 42 U.S.C. §1983 against the defendants, alleging violation of his civil rights.

2. Plaintiff is currently incarcerated at SCI Graterford, P.O. Box 244, Graterford, PA. 19426-0244

3. Federal Rule of Civil Procedure 30(a)(2) requires an Order to depose an incarcerated individual.

4. Defendants respectfully request that this Honorable Court issue the proposed order allowing the deposition ofPlaintiff.

WHEREFORE, defendants asks that the Court enter an Order in the form proposed.

Respectfully submitted,

_____
Robin B. Arnold
Deputy City Solicitor
City of Philadelphia Law Department

Dated: 11/20/03

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA. et al.** | : | No. 02-4066 |

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of the Defendants' Motion to Depose an Incarcerated Individual was made on the 20th day of November, 2003, to the following by United States Mail, postage prepaid.

Teri B. Himebaugh, Esquire
Law Offices of Teri B. Himebaugh
220 Stallion Lane
Schwenksville, PA 19473

    Robin B. Arnold
    Deputy City Solicitor
    Attorney I.D. #59477
    City of Philadelphia Law Department
    1515 Arch Street, 14th Floor
    Philadelphia, PA 19102
    (215) 683-5447
    (215) 683-5397 (Fax)

Dated:  11/20/03