IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY O. WHITE** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA. et al.** | : | No. 02-4066 |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT:**

**Kindly withdraw my appearance as counsel for the Defendants in the above named matter.**

      **ROBIN B. ARNOLD**
      **DEPUTY CITY SOLICITOR**
      **Attorney ID No. 59477**

## ENTRY OF APPEARANCE

**Kindly enter my appearance as counsel for the Defendants in the above named matter.**

      **PETER D. HAN**
      **ASSISTANT CITY SOLICITOR**
      **Attorney ID No. 91132**