IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY O. WHITE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, | : NO. 02-4066 |

# **ORDER**

AND NOW, this        day of January, 2004, upon consideration of a letter request from counsel for defendant, to which counsel for plaintiff does not object, it appearing that plaintiff has been relocated from SCI Graterford to SCI Retreat, Hunlock Creek, it is **ORDERED** that the Warden of SCI Retreat, Hunlock Creek, shall permit counsel to depose Corey O. White, Inmate No. EB-0632, at said institution on a date and time and in a manner convenient to the parties and the administration of SCI Retreat, Hunlock Creek.

_____
Norma L. Shapiro,  J.