**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COREY WHITE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 02-CV-4066** |
| | : | |

<u>**ORDER**</u>

AND NOW, this ___ day of February, upon consideration of Plaintiff's Motion to Compel Discovery (paper no. 28) and defendants' response thereto, it appearing that plaintiff has been appointed counsel who can assist him with discovery, plaintiff's motion is **DENIED** without prejudice.

_____
Norma L. Shapiro, S.J.