Teri B. Himebaugh, Esq.
220 Stallion Lane
Schwenksville PA 19473
        (610) 287-0216
        I.D.#53603

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY WHITE                            :
    Plaintiff                      :
                                    :
    v.                              : Civil Action No. 02-CV-04066
                                    :
CITY OF PHILADELPHIA, et. al. .  :
                                    :
    Defendants                   :

## PLAINTIFF'S PRETRIAL MEMORANDUM

### I.    STATEMENT OF THE CASE

On February 6, 2002 Plaintiff, Corey White was at 60th Street, between Greenway Avenue and Kingessing Avenue, looking at two bicycles that were for sale. A gray colored car pulled up and a white male jumped out of the car and started to run toward the Plaintiff. Plaintiff fled.

Plaintiff was caught by Defendant, Police Officer Ianaccone. Defendant, Police Officer Blocker then approached Plaintiff with his gun drawn and told Plaintiff that if he moved, he would be shot. Without legal justification or cause, Defendant, Police Officer Ianaccone picked up what was believed to be a shovel from the backyard that they were in and proceeded to strike Plaintiff numerous times with the shovel on Plaintiff's back and head.

To avoid further beating, Plaintiff got up and began to run away from Defendant, Police Officer Ianaccone. Plaintiff ran a short distance into a driveway where he was apprehended by Defendants, Police Officers Roman and McDonald. Defendant, Police Officers Roman and McDonald threw Plaintiff to the ground where they proceeded to beat and kick him. Defendants, Officers Ianaccone and Blocker joined in the beating and kicking of the Plaintiff until Plaintiff lapsed into unconsciousness.

Plaintiff awoke in the emergency room of Misercordia Hospital where he was treated for injuries to his head, back, kidney and ribs. He was also subsequently treated at C.F.C.F. by Prison Health Services for the same injuries as well as for depression.

Plaintiff brought the instant suit pursuant to 42 U.S.C. §1983 and the Fourth and Fourteenth Amendments, alleging unlawful use of excessive force, conspiracy, bystander liability and pendent state law claims for assault and battery.

II. **PROPOSED STIUPLATED FACTS**

1. On February 6, 2002 Plaintiff, Corey White was at 60th Street, between Greenway Avenue and Kingessing Avenue looking at two bicycles that were for sale.

2. A gray colored car pulled up and a white male, Officer Iannacone, jumped out of the car and started to run toward the Plaintiff.

3. Plaintiff fled.

4. Plaintiff was treated after his arrest at Misercordia Hospital for cuts and abrasions.

5. Plaintiff was treated at C.F.C.F. for injuries received during this incident.

6. Officer Iannacone received a small puncture type wound to his hand during the incident, which did not necessitate any loss of work or wages.

### III. **WITNESSES**

**Liability**

Corey White
EB0632
SCI Retreat
660 State Rt. 11
Hunlock Creek, PA 18621-3136

PO Michael Iannacone
C/o City of Philadelphia Law Department
1515 Arch St.
Philadelphia, PA

PO Eric Blocker
C/o City of Philadelphia Law Department
1515 Arch St.
Philadelphia, PA

PO Alfonse Johnson
C/o City of Philadelphia Law Department
1515 Arch St.
Philadelphia, PA

PO Claudia McDonald
C/o City of Philadelphia Law Department
1515 Arch St.
Philadelphia, PA

PO Jose Roman
C/o City of Philadelphia Law Department
1515 Arch St.
Philadelphia, PA

PO Gregory Davis
C/o City of Philadelphia Law Department
1515 Arch St.
Philadelphia, PA

PO Brenda Harrison
Detaining Unit- Southwest CCTV (55th and Pine)

```
Jason Milner FH8460
SCI Retreat
660 State Rt. 11
Hunlock Creek PA 18621
```

**Damages**

```
Corey White (Plaintiff)
EB0632
SCI Retreat
660 State Rt. 11
Hunlock Creek, PA 18621-3136

William Hodges
Department of Probation and Parole
State Office Bld.
Broad and Spring Garden Sts.
Philadelphia, PA
```

Custodian of Records CFCF (if necessary)

Custodian of Records Philadelphia Police Department (if necessary)

```
Teresa Garrity, RN. (if necessary)
Mercy Hospital Emergency Room
```

**IV.   EXHIBITS**

```
P1   Photo of location of incident
P2   Photo of location of incident
P3   Photo of location of incident
P4   Photo of location of incident
P5   Photo of location of incident
P6   Phil. Police Dept. photo of Plaintiff
P7   CFCF Photo of Plaintiff
P8   CFCF Intake Medical Screening of Plaintiff 2/9/02
P9   Prison Health Services Medical Records
P10  Mercy Hospital Records
P11 a-g   Sick Call Slips
P12  Detainees Medical Checklist
P13  Affidavit of Jason Milner
P14  Letter from Jason Milner
P15 a-e   75-48s 2/6/02
P16  Phil. Police Dept. Arrest Report 1/30/02
P17  Phil. Police Dept. Arrest Report 2/6/02
P18  Investigation Interview Record Iannacone
P19  Investigation Interview Record Blocker
```

```
P20  Investigation Interview Record Roman
P21  Investigation Interview Record McDonald
P22  Investigation Interview Record Johnson
P23  CAD Report
P24  Temple University Records for Iannacone
P25 a-e Photos of Blocker and Iannocone
P26  Injured Officer Photograph Request Form Iannacone
P27  Injured Officer Photograph Request Form Blocker
```

## V. DAMAGES

Plaintiff sustained cuts, abrasions and bruises to the back of his head, his face, knees, back, ribs, hip and body, which required treatment and regular administration of medications. While he has since recovered from most of these injuries, his ribs continue to cause him pain. He additionally has a permanent scar under his eye from being struck there by Defendants during this incident. He also continues to suffer from emotional distress and depression from this incident.

## VI. ANTICIPATED PRE-TRIAL ISSUES

Plaintiff files contemporaneously with the instant Pretrial Memorandum, his Motion in Limine.

It is also anticipated that a "bring down" Order will be needed to be issued for Jason Milner FH8460, who is a witness who is currently incarcerated at SCI Retreat.

V.   **LENGTH OF TRIAL**

    Plaintiff estimates that trial will last approximately 3-4 days.

                                    Respectfully submitted,

                                    _____
                                    TERI B. HIMEBAUGH, ESQ
                                    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he/she has served a copy of Plaintiff's Pretrial Memorandum by first class mail, this 6th day of April, 2004 upon the following:

United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19107

Peter Han, Esq.
City of Philadelphia Law Department
1515 Arch St. 14th Fl.
Philadelphia, PA 19102

Corey White EB0632
SCI Retreat
660 State Rt. 11
Hunlock Creek, PA 18621-3136


                                         BY:_____
                                             Teri B. Himebaugh, Esq.