IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY WHITE,  Plaintiff, | CIVIL ACTION |
| v. | NO. 02-4066 |
| POLICE OFFICER BLOCKER, et al.  Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance for the defendants, Police Officer Eric Blocker, Police Officer Michael Iannacone, Police Officer Jose Roman, Police Officer Alfonse Johnson, and Police Officer Claudia McDonald in the above named matter.

PEDRO A. RAMOS
CITY SOLICITOR

CARLTON L. JOHNSON
CHIEF DEPUTY CITY SOLICITOR

BY: _____
ROBIN B. ARNOLD
DEPUTY CITY SOLICITOR
City of Philadelphia Law Dept.
1515 Arch St., 14th Floor
Philadelphia, PA 19102