Teri B. Himebaugh, Esq.
220 Stallion Lane
Schwenksville, PA 19473
PA ID 53603

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY WHITE | : |
|     Plaintiff | : |
| | : |
|   v. | : Civil Action No. 02-CV-04066 |
| | : |
| CITY OF PHILADELPHIA, et. al.   . | : |
| | : |
|     Defendants | : |

### PLAINTIFF'S PROPOSED JURY INTERROGATORIES

1. Do you find, by a preponderance of the evidence, that any of the following Defendants violated Plaintiff, Corey White's, constitutional rights by using greater force on him than was reasonably necessary during the course of his arrest?

    | | | |
    |---|---|---|
    | PO Michael Iannacone | YES _____ | NO _____ |
    | PO Eric Blocker | YES _____ | NO _____ |
    | PO Alfonse Johnson | YES _____ | NO _____ |
    | PO Claudia McDonald | YES _____ | NO _____ |
    | PO Jose Roman | YES _____ | NO _____ |

2. Do you find, by a preponderance of the evidence that any of the following Defendants violated Plaintiff, Corey White's, common law rights by assaulting and battering him during the course of his arrest?

    | | | |
    |---|---|---|
    | PO Michael Iannacone | YES _____ | NO _____ |
    | PO Eric Blocker | YES _____ | NO _____ |
    | PO Alfonse Johnson | YES _____ | NO _____ |

        PO Claudia McDonald      YES _____      NO _____

        PO Jose Roman      YES _____      NO _____

3. If you answered, "Yes" to question number 1 and/or number 2, do you also find, by a preponderance of the evidence, that the conduct of any of the following Defendants caused Corey White to suffer damages as a result of their use of force/assault and battery?

        PO Michael Iannacone      YES _____      NO _____

        PO Eric Blocker      YES _____      NO _____

        PO Alfonse Johnson      YES _____      NO _____

        PO Claudia McDonald      YES _____      NO _____

        PO Jose Roman      YES _____      NO _____

4. If you answered, "Yes" to question number 3, what is the amount of compensatory damages, if any, that you find will reasonably compensate the Plaintiff, Corey White, for the use of force/assault and battery upon him by each Defendant officer that you found violated Plaintiff's rights?

        PO Michael Iannacone      $_____

        PO Eric Blocker      $_____

        PO Alfonse Johnson      $_____

        PO Claudia McDonald      $_____

        PO Jose Roman      $_____

5. Do you find, by a preponderance of the evidence, that any of the following Defendants violated Plaintiff, Corey White's, constitutional rights by failing to intervene and prevent other officers from harming Plaintiff during the arrest?

        PO Michael Iannacone      YES _____      NO _____

        PO Eric Blocker      YES _____      NO _____

        PO Alfonse Johnson      YES _____      NO _____

        PO Claudia McDonald    YES _____    NO _____

        PO Jose Roman    YES _____    NO _____

6. If you answered, "Yes" to question number 5, do you also find, by a preponderance of the evidence, the conduct of any of the following Defendants caused Corey White to suffer damages as a result of their failure to intervene?

        PO Michael Iannacone    YES _____    NO _____

        PO Eric Blocker    YES _____    NO _____

        PO Alfonse Johnson    YES _____    NO _____

        PO Claudia McDonald    YES _____    NO _____

        PO Jose Roman    YES _____    NO _____

7. If you answered, "Yes" to question number 6, what is the amount of compensatory damages, if any, as to each Defendant that you found in question number 6 failed to intervene, that you find will reasonably compensate the Plaintiff, Corey White?

        PO Michael Iannacone    $_____

        PO Eric Blocker    $_____

        PO Alfonse Johnson    $_____

        PO Claudia McDonald    $_____

        PO Jose Roman    $_____

8. Do you find, by a preponderance of the evidence, that any of the following Defendants violated Plaintiff, Corey White's, constitutional rights by acting in concert or conspiring to use greater force than was reasonably necessary?

        PO Michael Iannacone    YES _____    NO _____

        PO Eric Blocker    YES _____    NO _____

        PO Alfonse Johnson    YES _____    NO _____

        PO Claudia McDonald    YES _____    NO _____

        PO Jose Roman        YES  _____        NO  _____

9. If you answered, "Yes" to question number 8, do you also find, by a preponderance of the evidence, that the conduct of any of the Defendants acting in concert or conspiracy caused Plaintiff, Corey White, to suffer damages as a result of excessive force?

        PO Michael Iannacone    YES  _____        NO  _____

        PO Eric Blocker        YES  _____        NO  _____

        PO Alfonse Johnson     YES  _____       NO  _____

        PO Claudia McDonald    YES  _____       NO  _____

        PO Jose Roman        YES  _____        NO  _____

10. If you answered, "Yes" to question number 9, what is the amount of compensatory damages, if any, that you find will reasonably compensate the Plaintiff, Corey White, for the conspiracy to use excessive force upon?

        PO Michael Iannacone    $_____

        PO Eric Blocker        $_____

        PO Alfonse Johnson     $_____

        PO Claudia McDonald    $_____

        PO Jose Roman        $_____

11. If you find that any of the Defendants' conduct toward the Plaintiff, Corey White, caused actual damages and was maliciously or wantonly done, what is the amount of punitive damages, if any, you find will reasonably punish the Defendants for their individual conduct?

        PO Michael Iannacone    $_____

        PO Eric Blocker        $_____

        PO Alfonse Johnson     $_____

        PO Claudia McDonald      $_____

        PO Jose Roman           $_____

**YOU HAVE NOW COMPLETED YOUR DELIBERATIONS.  PLEASE SIGN AND DATE THIS FORM AND RETURN TO THE COURTROOM.**

DATE:_____        BY: _____
                                               **Foreperson**