IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY O. WHITE                          :  CIVIL ACTION
                                        :
            v.                          :
                                        :
POLICE OFFICER BLOCKER, et al.          :  NO. 02-4066

## ORDER

AND NOW, this      day of May, 2004, it is **ORDERED** that the Superintendent of SCI Chester, Chester, PA, shall produce before this Court the body of **JASON MILNER, NO. FH8460** on **MONDAY, JUNE 21, 2004** at **10:00 a.m.** for a **NON-JURY TRIAL** to be held before The Honorable Norma L. Shapiro, United States District Judge, in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA. Immediately upon the termination of said proceedings, defendant shall be returned to the custody of the Superintendent of that institution.

_____
                                                        S.J.

cc: Superintendent, SCI Retreat (via fax)