IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY O. WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER BLOCKER, et al. | : | NO. 02-4066 |

## <u>ORDER</u>

AND NOW, this 24th day of May, 2004, it is **ORDERED** that the above-captioned

case is **SPECIALLY LISTED** for a civil non-jury trial to commence on **MONDAY, JUNE 21,**

**2004,** at **10:00 a.m.** before The Honorable Norma L. Shapiro, in Courtroom 10-a.  Trial is expected

to last THREE to FOUR days.  Trial counsel are as follows:

Terri Himebaugh, Esq.              Peter Han, Esq.
                                   Robin Arnold, Esq.

ATTEST:                   or        BY THE COURT:


_____              /s/ Norma. L. Shapiro
_____
        Deputy Clerk                                                    J.

cc:        Counsel of Record
           Thomas Clewley

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :  CRIMINAL ACTION
                          :
           v.               :
                          :
MARK MAZZA and THOMAS MAZZA  :  NO. 98-113-1 and 2

## ORDER

AND NOW, this 28th day of July, 1998, it is **ORDERED** that the above-captioned

case is **SPECIALLY LISTED** for a criminal jury trial to commence on **TUESDAY, OCTOBER**

**13, 1998** at **10:00 a.m.** in Courtroom 10-A., United States Courthouse, 601 Market Street, Philadel-

phia, PA 19106.  Trial is expected to last ONE (1) week.  Trial counsel are as follows:

        Robert Zauzmer, Esquire
        A. Charles Peruto, Sr., Esquire
        William T. Cannon, Esquire

ATTEST:                or      BY THE COURT:

                                       /s/ Norma. L. Shapiro

_____      _____
     Deputy Clerk                                             J.

cc: Counsel of Record

Thomas Clewley, Deputy Clerk