IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY WHITE** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **Police Officer Blocker**, et al. | : | NO. 02-CV-4066 |
| | : | |

### ORDER

_____AND NOW, this ___ day of May 2004, upon consideration of Plaintiff's Motion *in Limine* (paper no. 52) and the defendants' response thereto, and after a hearing at which counsel for all parties were heard, it is hereby **ORDERED** that:

   1.  Plaintiff's Motion is **DENIED** as to his August 2002 convictions of simple assault and resisting arrest.

   2.  Plaintiff's Motion is **GRANTED** as to all other arrests, drug possession and drug intoxication.

_____3.  In addition, all reservation of rights in the parties' pretrial memoranda shall be **STRICKEN**.

   4.  Plaintiff's state law claims shall be **SEVERED AND STAYED** pending the outcome of the bench trial on the federal claims.


_____
Norma L. Shapiro, S.J.