```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| COREY O. WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-4066 |

### O R D E R

**AND NOW, TO WIT:** this 25th day of May, 2004, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

Date:    5/25/2004
By Fax and/or Mail: See the Attached List

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
3030 United States Courthouse
Independence Mall West
Sixth and Market Streets
PHILADELPHIA, PENNSYLVANIA 19106-1797

*Chambers of*
*M. FAITH ANGELL*  P:  (215) 597-6079
*United States Magistrate Judge*  F:  (215) 580-2165

## FAX / MAIL COVER SHEET

**CASE NO.**   02-4066  **DISTRICT COURT JUDGE**:NLS

**TODAY'S DATE**:   May 25, 2004  **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| 1. Peter D. Hon, Esq. | 215-683-5397 |
| 2. Teri Himebaugh, Esq. | 610-287-3935 |