IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY O. WHITE | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| POLICE OFFICER BLOCKER, et al. | : NO. 02-4066 |

**ORDER**

AND NOW, this      day of May, 2004, the court having been notified that this case has settled, it is **ORDERED** that the writ issued to the Superintendent of SCI Chester, Chester, PA, directing the production of the body of **JASON MILNER, NO. FH8460** on **MONDAY, JUNE 21, 2004** at **10:00 a.m.** for a **NON-JURY TRIAL** to be held before The Honorable Norma L. Shapiro, United States District Judge, in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA is **CANCELLED**.

S.J.

cc: Superintendent, SCI Retreat (via fax)